## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. _09-20462-Ma/P_ |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | 18 USC § 1343 |
| | ) | 18 USC § 2 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| WALTER THOMAS WILLIAMS, III | ) | 28 U.S.C. § 2461(c) |
| a/k/a THOM W. WILLIAMS | ) | 21 U.S.C. § 853(p) |
| | ) | 18 U.S.C. § 982(b) |
| | ) | |
| Defendant | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

### INTRODUCTORY PARAGRAPHS

At all times material to this Indictment:

1.    Verso Paper Corp. was a Delaware corporation, authorized to conduct business within the State of Tennessee. Its principal place of business was located at 6775 Lenox Center Court, Memphis, Tennessee 38117

2.    Verso Paper Corp. maintained various business bank accounts, including an account at Bank of America, Chicago, Illinois. Specifically, Account No. xxxxxx0656.

3.    Walter Thomas Williams, a/k/a Thom W. Williams was employed by Verso Paper Corp., full-time, as a Disbursement Analyst who was receiving an annual salary of approximately $70,000.

## SCHEME AND ARTIFICE TO DEFRAUD

Beginning on a date unknown to the Grand Jury, but at least from on or about March 10, 2008 and continuing through in or about October, 2009, in the Western District of Tennessee and elsewhere, the defendant,

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

devised and intended to devise a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises. The scheme, so devised and intended to be devised, was in substance as follows:

4.      It was part of the scheme and artifice to defraud and to obtain money that the Defendant, through use of his job responsibilities, would cause interstate wire transfers of funds of Verso Paper Corp. to be made to various bank accounts which had been opened by the Defendant for his own personal benefit and for that of his wife.

5.      It was part of the scheme and artifice to defraud and to obtain money that the Defendant would make, and cause to be made, false, fraudulent, and unauthorized business record entries in order to facilitate, and to conceal from others, his ability to cause interstate wire transfers of funds of Verso Paper Corp. to be made to various bank accounts which had been opened by the Defendant for his own personal benefit and for that of his wife.

6.      It was part of the scheme and artifice to defraud and to obtain money that the Defendant would cause funds to be deposited into three bank accounts, specifically:

(A)      Regions Bank, Memphis, TN. – Account No. 8020801704, styled: "Thom W. Williams, Danielle J. Williams, 7930 Poplar Pike, Germantown, Tennessee 38138";

(B)    BankPlus Bank, Yazoo City, MS. – Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632".

(C)    SunTrust Bank, Memphis, Tennessee – Account No. 1000098359655, styled: "Danielle J. Williams, Thom Williams, 2756 Elise Dr., Hernando, MS 38632".

7.    It was part of the scheme and artifice to defraud and to obtain money that the Defendant would use monies and funds which he had unlawfully obtained from his employer, Verso Paper Corp., to purchase various items and property for his own use and for that of his wife. Specifically, these items and property included:

(A)    The following automobiles and trucks: 2010 Land Rover, Range Rover, 2009 Land Rover, Range Rover, Supercharged, 2010 Jaguar, XKR, 2010 Jaguar, XF, 2009 Jaguar, XF, Supercharged, 2009 Porsche, 911, Turbo, Convertible, 2009 Mercedes Benz, GL450, 2009 Mercedes Benz, C350, 2009 BMW M3, 2009 Aston Martin V-8 Roadster, 2009 Cadillac Escalade, ESV Luxury, 2008 Ford Expedition, EL Limited, 2009 Ford F-150 Truck, and a 2009 Chevrolet Silverado K1500 LTZ Truck.

(B)    The following motorcycles and ATVs: 2006 Honda Motorcycle, CBR 1000RR
2007 Honda ATV, TRX500FA, 2009 Honda CBR600F4, and a 2009 Can-Am Spyder, 3 wheeled Motorcycle

(C)    In excess of Seven Hundred Thousand ($700,000.00) Dollars in jewelry.

(D)    Various parcels of real property, all paid for in cash, specifically including: 2756 Elise Drive, Hernando, Mississippi (Garage), 2772 Elise Drive, Hernando, Mississippi, 1692 Weatherby Drive, Hernando, 222 12th Street NE, Unit 1907, Atlanta, Georgia, 2756 Austin James Drive, Southaven, Mississippi, 5875 Tommy Joe Drive, Southaven, Mississippi, and 5854 Tommy Joe Drive, Southaven, Mississippi.

8.    As a result of the foregoing scheme and artifice to defraud and to obtain money, the Defendant was able to unlawfully enrich himself in excess of Ten Million ($10,000,000.00) Dollars.

9.    On or about March 10, 2008, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $15,886.87, from Bank of America Account No. xxxxxx0656 to Regions Bank, Memphis, Tennessee, Account No. 8020801704, styled: "Thom W. Williams, Danielle J. Williams, 7930 Poplar Pike, Germantown, Tennessee 38138";  All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 2

1.    All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about March 12, 2008, in the Western District of Tennessee and elsewhere, the defendant


-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $31,043.91, from Bank of America Account No. xxxxxx0656 to Regions Bank, Memphis, Tennessee, Account No. 8020801704, styled: "Thom W. Williams, Danielle J. Williams, 7930 Poplar Pike, Germantown, Tennessee 38138";  All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 3

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about April 1, 2008, in the Western District of Tennessee and elsewhere, the defendant



-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $49,741.03, from Bank of America Account No. xxxxxx0656 to Regions Bank, Memphis, Tennessee, Account No. 8020801704, styled: "Thom W. Williams, Danielle J. Williams, 7930 Poplar Pike, Germantown, Tennessee 38138";  All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 4

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about April 7, 2008, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $75,616.26, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 5

1.    All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about April 23, 2008, in the Western District of Tennessee and elsewhere, the defendant

------------------------------- **WALTER THOMAS WILLIAMS, III** -------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $49,832.66, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 6

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about April 29, 2008, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $36,320.49, from Bank of America Account No. xxxxxx0656 to Regions Bank, Memphis, Tennessee, Account No. 8020801704, styled: "Thom W. Williams, Danielle J. Williams, 7930 Poplar Pike, Germantown, Tennessee 38138";   All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 7

1.    All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about May 5, 2008, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $37,414.36, from Bank of America Account No. xxxxxx0656 to Regions Bank, Memphis, Tennessee, Account No. 8020801704, styled: "Thom W. Williams, Danielle J. Williams, 7930 Poplar Pike, Germantown, Tennessee 38138";   All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 8

1.     All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.     On or about May 20, 2008, in the Western District of Tennessee and elsewhere, the defendant



-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $66,832.49, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 9

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about June 10, 2008, in the Western District of Tennessee and elsewhere, the defendant



### -------------------------------- WALTER THOMAS WILLIAMS, III --------------------------------
### a/k/a THOM W. WILLIAMS

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $42,945.63, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 10

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about July 1, 2008, in the Western District of Tennessee and elsewhere, the defendant



## -------------------------------- WALTER THOMAS WILLIAMS, III -------------------------------- a/k/a THOM W. WILLIAMS

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $48,745.21, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632";  All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 11

1. All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2. On or about August 4, 2008, in the Western District of Tennessee and elsewhere, the defendant



#### -------------------------------- WALTER THOMAS WILLIAMS, III --------------------------------
#### a/k/a THOM W. WILLIAMS

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $115,011.47, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 12

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about September 8, 2008, in the Western District of Tennessee and elsewhere, the defendant

### -------------------------------- WALTER THOMAS WILLIAMS, III --------------------------------
### a/k/a THOM W. WILLIAMS

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $73,669.33, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 13

1.     All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.     On or about October 6, 2008, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $85,963.55, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 14

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about October 16, 2008, in the Western District of Tennessee and elsewhere, the defendant



-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $76,971.21, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 15

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about November 21, 2008, in the Western District of Tennessee and elsewhere, the defendant


-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $152,732.05, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 16

1.    All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about December 17, 2008, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $312,556.39, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 17

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about January 14, 2009, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $345,012.36, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632";  All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 18

1.     All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.     On or February 11, 2009, in the Western District of Tennessee and elsewhere, the defendant



-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $379,113.56, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 19

1.    All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about April 22, 2009, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $471,501.28, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632";  All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 20

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about April 27, 2009, in the Western District of Tennessee and elsewhere, the defendant

## -------------------------------- WALTER THOMAS WILLIAMS, III --------------------------------
## a/k/a THOM W. WILLIAMS

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $598,649.90, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 21

1.    All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about May 4, 2009, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $586,901.22, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 22

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about May 19, 2009, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $587,455.22, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 23

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about July 8, 2009, in the Western District of Tennessee and elsewhere, the defendant

### --------------------------------- WALTER THOMAS WILLIAMS, III --------------------------------- a/k/a THOM W. WILLIAMS

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $748,608.96, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 24

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about July 13, 2009, in the Western District of Tennessee and elsewhere, the defendant

### -------------------------------- WALTER THOMAS WILLIAMS, III --------------------------------
### a/k/a THOM W. WILLIAMS

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $752,505.66, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 25

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about July 29, 2009, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $772,659.36, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 26

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about July 29, 2009, in the Western District of Tennessee and elsewhere, the defendant

### -------------------------------- WALTER THOMAS WILLIAMS, III --------------------------------
### a/k/a THOM W. WILLIAMS

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $326,899.25, from Bank of America Account No. xxxxxx0656 to SunTrust Bank, Atlanta, Georgia, Account No. 1000098359655, styled: "Danielle J. Williams, Thom Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 27

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about August 6, 2009, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $597,886.30, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 28

1. All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2. On or about August 12, 2009, in the Western District of Tennessee and elsewhere, the defendant

### -------------------------------- WALTER THOMAS WILLIAMS, III --------------------------------
### a/k/a THOM W. WILLIAMS

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $601,245.63, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 29

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about August 26, 2009, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $662,548.99, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 30

1.     All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.     On or about September 21, 2009, in the Western District of Tennessee and elsewhere, the defendant



-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $762,559.32, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 31

1.      All of the allegations contained in Paragraph 1, through and including Paragraph 8 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about October 5, 2009, in the Western District of Tennessee and elsewhere, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, writings, signs, and signals pertaining to a wire transfer of funds of Verso Paper Corp., in the approximate amount of $782,556.32, from Bank of America Account No. xxxxxx0656 to BankPlus Bank, Yazoo City, Mississippi, Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; All in violation of Title 18, United States Code, Section 1343 and 2.

## COUNT 32

### CRIMINAL FORFEITURE

The allegations contained in Counts 1-31 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

Upon conviction of one or more of the offenses alleged in Counts 1-31 of this Indictment, the defendant

-------------------------------- **WALTER THOMAS WILLIAMS, III** --------------------------------
**a/k/a THOM W. WILLIAMS**

shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation(s), including but not limited to the following:

1.     A sum of money equal to ten million dollars ($10,000,000.00) in U.S. funds, representing the amount of proceeds obtained as a result of the offenses set forth in Counts 1-31 above.

2.     Money and bank deposits as follows:

a.     All funds or other monetary instruments credited to BankPlus (Yazoo City, MS) Account No. 8020169390, styled: "Danielle J. Williams, Thom W. Williams, 2756 Elise Dr., Hernando, MS 38632"; that is, two million one hundred sixty-six thousand six hundred twenty-one dollars, ninety-six cents ($2,166,621.96) in U.S. funds.

b.     Proceeds Check #3599, written on Regions Bank (Memphis, TN) Account #8021075128, styled: "Jeffrey H. Jones Tennessee Bar Foundation AOLTA Fund, 6540 State Rd, Bartlett, TN 38134"; that is, six hundred thousand dollars ($600,000.00) in U.S. funds.

3.    Substitute Assets:

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;  it is the intent of the United States,  pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b),  to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

s/ Grand Jury Foreperson

F O R E P E R S O N

UNITED STATES ATTORNEY

DATE

No. #3102

# UNITED STATES DISTRICT COURT

WESTERN    District of    Tennessee

Criminal    Division

## THE UNITED STATES OF AMERICA

vs.

WALTER THOMAS WILLIAMS, III
a/k/a
THOM W. WILLIAMS

# INDICTMENT

_____ Foreman

s/ Grand Jury Foreperson

Filed in open court this 4th day,
of November A.D. 2009

_____ Clerk

Bail, $ _____

jrctbk.wpf
DNY 4/99)